NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROXANE LABORATORIES, INC.,**

*Plaintiff-Appellant*

**v.**

**CAMBER PHARMACEUTICALS INC., INVAGEN PHARMACEUTICALS INC.,**

*Defendants-Appellees*

---

2014-1803

---

Appeal from the United States District Court for the District of New Jersey in No. 2:14-cv-04042-SRC-CLW, Judge Stanley R. Chesler.

---

**JUDGMENT**

---

KENNETH G. SCHULER, Latham & Watkins LLP, Chicago, IL, argued for plaintiff-appellant. Also represented by MARC NATHAN ZUBICK; ALEXANDER ENRICO LONG, San Diego, CA; GREGORY SOBOLSKI, San Francisco, CA; ROBERT J. GAJARSA, Washington, DC.

ROBERT S. SILVER, Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd., Philadelphia, PA, argued for defendants-

appellees. Also represented by JAMES J. KOZUCH, SALVATORE GUERRIERO, PEI-RU WEY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 12, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court